AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>TOTENBERG, AMY M. | 2. Court or Organization<br><br>NORTHERN DISTRICT OF GEORGIA | 3. Date of Report<br><br>04/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

2388 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | SELF-EMPLOYED OFFICE FINANCIAL MANAGER |
| 2. 2016 | PENSION FROM ▓▓▓▓▓▓▓▓▓▓ RETIREMNET PLAN |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | THE AMERICAN LAW INSTITUTE | 02/2/2016 THROUGH 02/04/2016 | PHILADELPHIA, PA | RESTATEMENT OF THE LAW, CHILDREN AND THE LAW | TRANSPORTATION, FOOD, AND LODGING |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TOTENBERG, AMY M. | 04/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TOTENBERG, AMY M. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABERDEEN EMERGING MARKETS INST CL | A | Dividend | L | T | Buy (add'l) | 08/08/16 | K | | |
| 2. BANK OF AMERICA ACCOUNT | | None | J | T | | | | | |
| 3. BARON GROWTH FD INST CL | | None | M | T | Buy (add'l) | 08/08/16 | K | | |
| 4. BARON PARTNERS FD INST CL | | None | M | T | | | | | |
| 5. DFA INTL SMALL CAP VALUE PORT INSTL | A | Dividend | J | T | | | | | |
| 6. DFA TAX MANAGED US TARGETED VALUE PORTFOLIO | B | Dividend | M | T | | | | | |
| 7. DFA U.S. SMALL CAP VALUE PORTFOLIO | B | Dividend | M | T | Buy (add'l) | 08/08/16 | J | | |
| 8. DODGE & COX STOCK FUND | C | Dividend | M | T | | | | | |
| 9. FIDELITY GROWTH & INCOME FUND | B | Dividend | M | T | | | | | |
| 10. FIDELITY LOW PRICED STOCK FUND | C | Dividend | N | T | Sold (part) | 11/14/16 | J | | |
| 11. FIDELITY - VIP CONTRAFUND PORTFOLIO - SERVICE CLASS 2 | | None | K | T | | | | | |
| 12. FIDELITY - VIP MID CAP PORTFOLIO - SERVICE CLASS 2 | | None | K | T | | | | | |
| 13. FIDELITY- VIP VALUE STRATEGIES PORTFOLIO SERVICE CLASS 2 | | None | K | T | | | | | |
| 14. FRANKLIN MUTUAL GLOBAL DISC FD Z | D | Dividend | N | T | | | | | |
| 15. HARBOR INTERNATIONAL FUND INST CL | C | Dividend | M | T | | | | | |
| 16. LOOMIS SAYLES BOND FUND CL I | C | Dividend | M | T | | | | | |
| 17. METROPOLITAN WEST TOTAL RETURN BOND I | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NATIONWIDE FIXED ACCOUNT | A | Interest | L | T | Sold (part) | 11/11/16 | J | | |
| 19. NUVEEN SHORT DUR HIGH YLD MUNI BD I | C | Dividend | M | T | | | | | |
| 20. PRIMECAP ODYSSEY STOCK | A | Dividend | K | T | Sold (part) | 11/14/16 | J | | |
| 21. SPDR S&P DIVIDEND ETF | D | Interest | O | T | | | | | |
| 22. SUNTRUST BANK ACCOUNT | A | Interest | K | T | | | | | |
| 23. SCHWAB BANK ACCOUNT | A | Interest | J | T | | | | | |
| 24. TA CLARION GLOBAL REAL ESTATE SECURITIES VP | | None | J | T | | | | | |
| 25. TA U.S. GOVERNMENT SECURITIES VP | | None | J | T | | | | | |
| 26. VANGUARD 500 INDEX FD ADMIRAL SHARE | D | Dividend | N | T | | | | | |
| 27. VANGUARD HIGH DIVIDEND YIELD ETF | E | Dividend | O | T | | | | | |
| 28. VANGUARD INTERM TERM TAX EXEMPT FD ADMIRAL SHARE | D | Dividend | N | T | | | | | |
| 29. VANGUARD MID CAP ETF | C | Dividend | M | T | | | | | |
| 30. VANGUARD PRIMECAP CORE FUND | A | Dividend | L | T | | | | | |
| 31. VANGUARD PRIMECAP FUND ADMIRAL SHARE | B | Dividend | M | T | | | | | |
| 32. WELLS FARGO BANK ACCOUNT | A | Interest | K | T | | | | | |
| 33. WINTERGREEN FUND | | None | | | Sold | 08/08/16 | L | | |
| 34. CHARLES SCHWAB - CASH ACCOUNTS | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TOTENBERG, AMY M. | 04/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ AMY M. TOTENBERG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544